

United States District Court
Southern District of Texas
FILED

JUL 0 1 2013

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



UNSEALED
PER ARREST
7-24-13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 13 CR 0413 |
| v. | § § | H-13- |
| PORFIDIO BURGOS | § § § | UNDER SEAL |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE
(Distribution a Controlled Substance)

On or about October 30, 2012, in the Houston Division of the Southern District of Texas, the defendant,

**PORFIDIO BURGOS**

did knowingly and intentionally distribute a controlled substance. This violation involved five (5) grams or more of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

1

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
BERTRAM A. ISAACS
Assistant United States Attorney